AO 93C  (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means          ☐ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the*<br>*person by name and address)*<br>United States Postal Service Priority Mail parcel<br>bearing tracking number 9507813958462179369480 | )<br>)<br>)   Case No. 8:22-MJ-00490<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before 14 days from the date of its issuance *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: _____     _____
                                                                                    *Judge's signature*

City and state:      Santa Ana, CA                         Hon. John D. Early, U.S. Magistrate Judge
                                                                                    *Printed name and title*

AUSA: Kristin Spencer (ext. 3531)

AO 93C  (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## AFFIDAVIT

I, Zachary Sumpter, being duly sworn, declare and state as follows:

## TRAINING AND EXPERIENCE

1.   I am a Task Force Officer ("TFO") with the United States Postal Inspection Service ("USPIS") and have been so employed since November of 2021.  I am currently assigned as a TFO to the Contraband Interdiction and Investigations South Team of the Los Angeles Division, which is responsible for investigating drug trafficking involving the United States Mail. Accordingly, I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7). Specifically, I am an officer of the United States empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. § 2516.  Before working as a TFO with USPIS, I worked patrol as a full-time sworn law enforcement officer with the Chino Police Department.  I have been a sworn law enforcement officer since August 2013 and am a Police Officer within the meaning of California Penal Code § 830.1.

2.   I have received training and have experience investigating violations of state and federal narcotics and money laundering laws, including, but not limited to, Title 21, United States Code, Sections 841, 846, 952, 959 and 963 and Title 18, United States Code, Section 1956(a).  I have been involved in various electronic surveillance methods including state and federal wiretap investigations, and in the debriefing

of informants and witnesses, as well as others who have knowledge of the manufacturing, distribution, transportation, storage, and importation of controlled substances and the laundering of drug proceeds.

3.    I have participated in many aspects of drug investigations, including investigations into the smuggling of illegal drugs, money laundering, and extortion related to drug trafficking.  I am familiar with narcotics traffickers' methods of operation, including the manufacturing, storage, transportation, and distribution of narcotics, the collection of money that represents the proceeds of narcotics trafficking, and money laundering.  I am also familiar with the manner in which narcotics traffickers transport and distribute narcotics in areas they control.  I am familiar with how drug traffickers utilize counter-surveillance techniques to avoid detection by law enforcement.  I also know that drug traffickers often communicate with their drug-trafficking associates through the use of cellular telephones.  I have become aware that more sophisticated drug trafficking networks now utilize the dark web, e-mail, Blackberry devices, Voice over Internet Protocol, video chat, internet messaging services, and social networking sites to communicate with one another.  Based on my training and experience, I am aware that during drug-related communications, traffickers often use coded or cryptic language to disguise the drug-related nature of their conversations.

### I.  **PURPOSE OF AFFIDAVIT**

4.    This affidavit is made in support of a search warrant for the SUBJECT PARCEL described below and in Attachment A, for the items listed in Attachment B.  The items to be seized constitute the fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance).

5.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. **PARCEL TO BE SEARCHED**

6.    This affidavit is made in support of an application for a search warrant for the following United States Postal Service ("USPS") Priority Mail parcel (hereinafter referred to as the "SUBJECT PARCEL").  The SUBJECT PARCEL is currently secured at the USPIS Task Force Office located at the Chino Police Station, 5450 Guardian Way, Chino, California:

3

a.   The SUBJECT PARCEL is a United States Postal Service Priority Mail parcel bearing tracking number 9507813958462179369480.  The SUBJECT PARCEL is a brown colored, medium-sized USPS mailing carton.  The SUBJECT PARCEL is addressed to "Kristal Johnson, 1054 E. Turmont St, Carson, CA, 90746."  The return address listed on SUBJECT PARCEL is "Ernest Austin, 713 E. Mckellar Ave, Memphis, TN 38106."  The SUBJECT PARCEL was postmarked on June 28, 2022 in the 38101 zip code.

### III.  <u>ITEMS TO BE SEIZED</u>

7.   The items to be seized from the SUBJECT PARCEL constitute fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance).  The items to be seized are identified in Attachment B and are incorporated herein by reference.

### IV. <u>STATEMENT OF PROBABLE CAUSE</u>

<u>Background</u>

8.   As described in detail below, the SUBJECT PARCEL is an inbound parcel to Carson, California from Memphis, Tennessee and was selected for investigation because it met certain criteria common to packages containing contraband.  The SUBJECT PARCEL is believed to contain controlled substances or the proceeds from the trafficking of controlled substances based on, among other things, positive alerts by a trained narcotics-detection canine.

4

9.    Based on my training and discussions with experienced Postal Inspectors, I know that Postal Inspectors have been conducting investigations of drug trafficking via USPS Express Mail and Priority Mail since the mid-1980s.  In particular, they began conducting organized interdictions of Express Mail and Priority Mail parcels suspected of containing controlled substances and proceeds from the sale of controlled substances in Los Angeles, California, in the early 1990s.  Along with conducting organized interdictions, Postal Inspectors also regularly examine and investigate Express Mail and Priority Mail parcels throughout the year.  During the 1990s, Postal Inspectors observed that the trend was for drug traffickers to send controlled substances and proceeds from the sale of controlled substances using boxes, with the proceeds in the form of cash.  Although Postal Inspectors still see the use of boxes for controlled substances and cash, there has been a gradual change over the years toward the current trend of smaller boxes, flat cardboard envelopes, and tyvek envelopes, with proceeds from the sale of controlled substances converted to money orders.  By using money orders, drug traffickers are able to send large dollar amounts in compact form, using much smaller conveyances that lend a sense of legitimacy to the parcels.

10.   From my training, personal experience, and the collective experiences related to me by Postal Inspectors on my team who specialize in investigations relating to the mailing of controlled substances and drug proceeds, I am aware that the greater Los Angeles area is a major source area for controlled

5

substances.  As such, controlled substances are frequently transported from the greater Los Angeles area via the United States Mail, and the proceeds from the sale of the controlled substances are frequently returned to the greater Los Angeles area via the United States Mail.  These proceeds are generally in large amounts of money over $1,000.

11.  I also know based on my training and experience that drug traffickers will often use one of two USPS services: Priority Mail Express Service, which is the overnight/next day delivery mail service, and Priority Mail Service, which is the two-to-three day delivery mail service.  Drug traffickers use Priority Mail Express delivery services because of their speed, reliability, and the ability to track the package's progress to the intended delivery point.  Drug traffickers often use Priority Mail delivery services because they allow drug traffickers more time for travel between states if they are following their shipments to their destinations for distribution.  Like Priority Mail Express, Priority Mail also allows drug traffickers to track the package's progress to the intended delivery point.

12.  Based on information derived and built upon over many years, I, like other Postal Inspectors and Task Force Officers, initially look for certain characteristics when examining Priority Mail Express and Priority Mail for controlled substances or drug proceeds.  These characteristics include:

    a.  The article is contained in a box, flat cardboard mailer, or Tyvek envelope;

   b. The article bears a handwritten label; and/or

   c. The handwritten label on the article does not contain a business account number.

13. Parcels found to meet these characteristics are scrutinized by Postal Inspectors and Task Force Officers through further investigation, which may include return and addressee address verifications and trained narcotics-detecting canine examination.  Postal Inspectors and Task Force Officers will also look for additional drug or drug proceed parcel characteristics such as:

   a. The seams of the article are taped or glued shut;

   b. The article emits the odor of a cleaning agent, adhesive, or spray foam, detectable by a human; and/or

   c. Multiple articles are mailed to the same individual, on the same day, from different locations.

14. Based on my training and experiences and information learned during discussions with Postal Inspectors, I know that drug traffickers often use fictitious or incomplete names and/or addresses in an effort to conceal their identity from law enforcement.  Indeed, it is my experience that when real addresses are used, it is only to lend a legitimate appearance to the parcel and is almost always paired with a false name.

### Investigation Regarding the SUBJECT PARCEL

15. On June 30, 2022, USPI M. Pulido from the USPIS Indiana Narcotics Investigation Team informed me that he had located a parcel that was intended for an address that was under investigation for being associated with narcotics trafficking.

7

USPIS M. Pulido referred the parcel to me.  On July 6, 2022, I retrieved the SUBJECT PARCEL and secured it at the USPIS Task Force Office located at the Chino Police Station, 5450 Guardian Way, Chino, California 91710.

16.  Upon receiving the SUBJECT PARCEL, I observed that it was mailed from a postal facility other than the zip code listed for the sender.  I know that drug traffickers will often mail from postal facilities other than those which are located in their respective ZIP code to further disguise themselves as being associated with the parcel. It was also wrapped in copious amounts of clear packaging tape and had a handwritten label in ink, which is common in parcels used by narcotic traffickers.

### Parcel Descriptions and ACCURINT Database Check

17.  According to Accurint[1] database records, there was an association between "Ernest Austin" and the listed return address.  There was also an association between the listed recipient, "Kristal Johnson," and the listed recipient address.

### Positive Canine Alert on the SUBJECT PARCEL

18.  On July 6, 2022, USPIS TFO Adam Girgle and his narcotics-detection canine, "Rico", conducted an exterior examination of the SUBJECT PARCEL.  TFO Girgle informed me that Rico gave a positive alert to the SUBJECT PARCEL, indicating the presence of controlled substances or other items that emitted the odor of controlled substances, in the SUBJECT

---

[1]ACCURINT is a public information database used by law enforcement that provides names, addresses, telephone numbers, and other identifying information.

8

PARCEL.  Attached hereto as Exhibit 1, which I incorporate fully herein by reference, is a document setting forth information provided by TFO Girgle regarding Rico's training and history in detecting controlled substances, and investigation of the SUBJECT PARCEL.

### V.  CONCLUSION

19.  Based on the above, I believe there is probable cause to believe that the SUBJECT PARCEL described in Attachment A contains evidence of violations of Title 21, United States Code, Sections 841(a)(1) and 843(b) (Distribution and Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance).

Attested to by the applicant
in accordance with the
requirements of Fed. R. Crim.
P. 4.1 by telephone on this
_____ day of July 2022.


_____
THE HONORABLE JOHN D. EARLY
UNITED STATES MAGISTRATE JUDGE

9

# EXHIBIT 1

## AFFIDAVIT

## HANDLER ADAM GIRGLE AND K9 "RICO"

I, Officer Adam Girgle, have been a Police Officer with the El Monte Police Department since December of 2003. I have handled and/or assisted with hundreds of narcotics investigations. I have assisted Federal and State narcotics task force with large scale narcotics investigations. I graduated from the Los Angeles County Sheriff's Department Academy in May of 2001. I attended the Adlerhorst Police Canine Handler course in August of 2016. I also attended the Adlerhorst Canine Narcotics Detection course in November of 2017. During this course, my police canine partner Rico and I received 240 hours of instruction in the detection of the odor of illegal narcotics. During this course, I personally my police canine partner Rico alert to the presence of the odor of illegal narcotics. My police canine partner Rico was certified to alert to the presence of marijuana, methamphetamine, cocaine and heroin. My police canine partner and I receive yearly certification from the Los Angeles County Police Canine Association in apprehension and narcotics detection. My police canine partner and I certified in September 2021. I am familiar and knowledgeable in the behaviors my police canine partner Rico engages in when he detects the presence of the odor of illegal narcotics.

I conduct continual training with my police canine partner Rico by hiding various narcotics in different locations such as buildings, vehicles, bags, parcels and in open areas. This training includes proofing canine Rico on odors such as plastic, boxes, latex, tape, metal, currency (circulated and uncirculated), parcel packaging material, glass pipes and food. I also proof canine Rico of my human odor. This training is on-going and continual.

On 7/6/2022 at approximately 1207 hours, my police canine partner and I assisted with a narcotic parcel investigation. Canine Rico alerted to the presence of the odor of illegal narcotics emitting from the following parcels.

USPS Parcel: 9507 8139 5846 2179 3694 80

Addressed To: Kristal Johnson

1054 E. Turmont St.

Carson, CA 90746

EXHIBIT 1

## **ATTACHMENT A**

**PARCELS TO BE SEARCHED**

1.    This affidavit is made in support of an application for a search warrant for the following United States Postal Service ("USPS") Priority Mail parcel (hereinafter referred to as the "SUBJECT PARCEL").  The SUBJECT PARCEL is currently secured at the USPIS Task Force Office located at the Chino Police Station, 5450 Guardian Way, Chino, California:

a.    The SUBJECT PARCEL is a United States Postal Service Priority Mail parcel bearing tracking number 9507813958462179369480.  The SUBJECT PARCEL is a brown colored, medium-sized USPS mailing carton.  The SUBJECT PARCEL is addressed to "Kristal Johnson, 1054 E. Turmont St, Carson, CA, 90746."  The return address listed on SUBJECT PARCEL is "Ernest Austin, 713 E. Mckellar Ave, Memphis, TN 38106."  The SUBJECT PARCEL was postmarked on June 28, 2022 in the 38101 zip code.

## ATTACHMENT B

### ITEMS TO BE SEIZED

The following are the items to be seized from the SUBJECT PARCEL, which constitute the fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance):

a.    Any controlled substances, including marijuana;

b.    Currency, money orders, bank checks, or similar monetary instruments in aggregate quantities over $1,000;

c.    Any associated packaging for (a) and (b);

d.    Documents, records, or other items reflecting or tending to show the identity of the parcel's sender or intended recipient; and

e.    Any documents related to the transportation, manufacturing, cultivation, or sale of a controlled substance.