AO 93C  (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| **Return** |||
|---|---|---|
| Case No.: <br> 8:22-MJ-00490 | Date and time warrant executed: <br> 07/08/22 / 1341 HRS | Copy of warrant and inventory left with: <br> USPS |
| Inventory made in the presence of : <br> USPIS TFO D. Thompson |||
| Inventory of the property taken and name of any person(s) seized: <br><br> 9507813958462179369480 <br> - Nothing sezied |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 07/14/22

*Zachary Sumpter*
*Executing officer's signature*

USPIS TFO - Zachary Sumpter
*Printed name and title*